IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| v. | : | |
| ROBERT DAVIS | : | No. 20-106 |

## ORDER

AND NOW, this 30th day of January, 2024, upon consideration of Robert Davis's Motion to Dismiss the Indictment (Doc. No. 37) and the Government's Response in Opposition (Doc. No. 40), it is **ORDERED** that the Motion (Doc. No. 37) is **DENIED** for the reasons set forth in the accompanying memorandum.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**